COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Hung Le v. The State of Texas

Appellate case number:    01-14-01019-CR

Trial court case number:   1398928

Trial court:                       232nd District Court of Harris County

On July 30, 2015, this Court granted appellant's motion for access to the appellate record and for a 30-day extension of time to file his pro se *Anders* response. On July 31, 2015, appellant's sister, Mailan Le, filed a motion requesting that we grant a 60-day extension of time so that she can assist appellant. Mailan Le's motion is **denied**. Any motions for additional time must be filed by appellant.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                          ☒ Acting individually

Date: August 6, 2015